### 3986. DAVIS v. WILLIAMS.

HILL, C. J. This was a suit on an open account for $35.55. The evidence strongly supports the verdict for the plaintiff, and no error of law appears.                         *Judgment affirmed.*

DECIDED JUNE 5, 1912.

Complaint; from city court of Statesboro—Judge Strange. January 8, 1912.

*F. T. Lanier,* for plaintiff in error. *Brannen & Booth,* contra.